Elvia ALVAREZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–71242.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 24, 2012.

Elvia Alvarez, Los Angeles, CA, pro se.

Sung Uk Park, Esquire, Los Angeles, CA, for Petitioner.

Remi Adalemo, Trial, Oil, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Elvia Alvarez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decisions denying her motions to reopen and to reconsider. We

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

In her opening brief, Alvarez fails to address, and therefore has waived, any challenge to the BIA's dispositive determination that she failed to demonstrate due diligence warranting equitable tolling of the time and numerical limitations for motions. See Rizk v. Holder, 629 F.3d 1083, 1091 n. 3 (9th Cir.2011) (a petitioner waives an issue by failing to raise it in the opening brief).

In light of our disposition, we need not reach Alvarez's remaining contentions.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

